UNITED STATES BANKRUPTCY COURT
MIDDLE DISTIRCT OF FLORIDA
ORLANDO DIVISION

In re:

WAYNE BRIAN FENIOR,                               CASE NO.:  6:16-bk-02595-ABB

_____Debtor./

**MOTION FOR REFERRAL TO MORTGAGE MODIFICATION MEDIATION**

The Debtor requests entry of an order referring the Debtor and Federal National Mortgage Association, c/o Seterus, Inc. as the Authorized Subservicer, whose mortgage lien encumbers the Debtor's real property located at: 229 Shady Oaks Circle, Lake Mary, Florida  32746  with a Mortgage Loan Number ending in 8444, to mortgage modification mediation, and in support states:

1.    The Debtor filed this bankruptcy case in an attempt to retain her primary residence.

2.    The Debtor would like to modify the terms of the mortgage encumbering his primary residence.  The Debtor's income will allow him to contribute as much as 31 percent of his current gross income to payment of his modified mortgage debt.

3.    Mediation will assist the parties in negotiation of a modification of the relevant mortgage.

4.    The Debtor is in possession of the modification package and is gathering the necessary documents.

5.    The Debtor is current in his Plan payments to the Chapter 13 Trustee through the August 20, 2016 Plan payment.

6.    This Motion is being filed late due to an error by the undersigned counsel's Bankruptcy Paralegal.

WHEREFORE, the Debtor requests the entry of an order referring this case to mediation and for such other and further relief as the Court deems just and proper.

Respectfully submitted this 13th day of September, 2016.

/s/ ADAM G. RUSSO
Adam G. Russo, Esq.
Florida Bar No. 84633
Myers, Eichelberger & Russo, P.L.
5728 Major Blvd., Suite 735
Orlando, FL 32819
Telephone: 407-926-2455
Facsimile: 407-536-4977
Email: Adam@theMElawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been provided by U.S. Mail, electronic mail, or facsimile transmission on this 13th day of September, 2016 to Laurie K. Weatherford, Chapter 13 Trustee, Post Office Box 3450, Winter Park, Florida 32950 and Federal National Mortgage Association, and Seterus, Inc., as its Authorized Subservicer, c/o Robertson, Anschutz & Schneid, P.L., Bankruptcy Department, 6409 Congress Avenue, Suite 100, Boca Raton, Florida 33487.

/s/ ADAM G. RUSSO
Adam G. Russo, Esq.
Florida Bar No. 84633
Myers, Eichelberger & Russo, P.L.
5728 Major Blvd., Suite 735
Orlando, FL 32819
Telephone: 407-926-2455
Facsimile: 407-536-4977
Email: Adam@theMElawfirm.com