UNITED STATES BANKRUPTCY COURT
MIDDLE DISTIRCT OF FLORIDA
ORLANDO DIVISION

In re:

WAYNE BRIAN FENIOR,                        CASE NO.:  6:16-bk-02595-ABB


_____ Debtor./


**FIRST AMENDED CHAPTER 13 PLAN**

**CHECK ONE:**

_____ Debtor[1] certifies that the Plan does not deviate from the model plan adopted by the Court at the time of the filing of this case. Any nonconforming provisions are deemed stricken.

__x__ The Plan contains provisions that are specific to this Plan in paragraph 9, Nonconforming Provisions. Any nonconforming provision not set forth in paragraph 9 is deemed stricken.

**1.      MONTHLY PLAN PAYMENTS**. Plan payments include the Trustee's fee of 10% and shall begin 30 days from petition filing/conversion date. Debtor shall make payments to the Trustee for the period of ___60___ months. If the Trustee does not retain the full 10%, any portion not retained will be disbursed to allowed claims receiving payment under the plan and may cause an increased distribution to the unsecured class of creditors:

**(A)**    $1,628.19 for months ___1___ through ___51___
**(B)**    $1,599.82 for months ___52___ through _____
**(C)**    $1,517.08 for months ___53___ through ___60___

To pay the following creditors:

**2.      ADMINISTRATIVE ATTORNEY'S FEES.**

**Base Fee $6,383.00    Total Paid Prepetition $2,883.00    Balance Due $3,500.00**

**Estimated Additional Fees Subject to Court Approval    $2,700.00**

**Attorney's Fees Payable through Plan $100.00 Monthly (subject to adjustment)**

**\*Please see Paragraph 9 below**

_____

[1] All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

3. **PRIORITY CLAIMS (as defined in 11 U.S.C. § 507).**

| Last 4 Digits of Acct No. | Creditor | Total Claim |
|---|---|---|
| 5898 | Internal Revenue Service | $1,535.00 @4% |
| | | |
| | | |

4. **TRUSTEE FEES.** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

5. **SECURED CLAIMS.** Pre-confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments.

**(A) Claims Secured by Real Property Which Debtor Intends to Retain/ Mortgage Payments and Arrears, if any, Paid through the Plan.** If the Plan provides for curing prepetition arrearages on a mortgage, Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly post petition mortgage payments to the Trustee as part of the Plan. These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the post petition mortgage payments on the following mortgage claims:

| Last 4 Digits of Acct No. | Creditor | Collateral Address | Reg. Mo. Pmt. | Gap Pmt. | Arrears |
|---|---|---|---|---|---|
| None | | | | | |
| | | | | | |
| | | | | | |

**(B) Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification.** Pending the resolution of a mortgage modification request, Debtor shall make the following adequate protection payments to the Trustee: (1) for *homestead* property, the lesser of 31% of gross disposable monthly income of Debtor and non-filing spouse, if any (after deducting homeowners association fees), or the normal monthly contractual mortgage payment, or (2) for *non-homestead*, income-producing property, 75% of the gross rental income generated from the property:

| Last 4 Digits of Acct. No. | Creditor | Collateral Address | Pmt. Amt. |
|---|---|---|---|
| 2646 | SunTrust Bank | 229 Shady Oaks Circle Lake Mary, FL 32746 | $1,315.37 |
| | Debtor is paying 31% of his gross income | | |

2

**(C) Claims Secured by Real Property or Personal Property to Which Section 506 Valuation APPLIES.** Under 11 U.S.C. § 1322(b)(2), this provision does not apply to a claim secured solely by Debtor's principal residence. A separate motion to determine secured status or to value the collateral must be filed. The secured portion of the claim, estimated below, shall be paid:

| Last 4 Digits of Acct No. | Creditor | Collateral Desc./Address | Claim Amt. | Value | Pmt. | Interest @___% |
|---|---|---|---|---|---|---|
| None | | | | | | |

**(D)    Claims Secured by Real Property and/or Personal Property to Which Section 506 Valuation DOES NOT APPLY.** Claims of the following secured creditors shall be paid in full with interest:

| Last 4 Digits of Acct No. | Creditor | Collateral Desc./Address | Claim Amt. | Pmt. | Interest @ _____% |
|---|---|---|---|---|---|
| None | | | | | |

**(E) Claims Secured by Personal Property – Maintaining Regular Payments and Curing Arrearages, if any, with All Payments in Plan.**

| Last 4 Digits of Acct No. | Creditor | Collateral Description | Regular Payment | Arrearages |
|---|---|---|---|---|
| None | | | | |

**(F) Secured Claims/Lease Claims Paid Direct by Debtor.** The following secured claims/lease claims are being made via automatic debit/draft from Debtor's depository account and are to continue to be paid direct to the creditor or lessor by Debtor outside the Plan via automatic debit/draft. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in*

*personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate Debtor's state law contract rights. (Note: The Plan must provide for the assumption of lease claims that Debtor proposes to pay direct in the Lease/Executory Contract Section 6 below.)

| Last 4 Digits of Acct No. | Creditor | Property/Collateral |
|---|---|---|
| None | | |

**(G) Liens to be Avoided per 11 U.S.C. § 522/Stripped Off per 11 U.S.C. § 506.** A separate motion to avoid a lien under § 522 or to determine secured status and to strip a lien under § 506 must be filed.

| Last 4 Digits of Acct No. | Creditor | Collateral Description/Address |
|---|---|---|
| 2013 | SunTrust Bank | 229 Shady Oaks Circle, Lake Mary, FL  32746 |
| Unknown | Seacoast Bank | 229 Shady Oaks Circle, Lake Mary, FL  32746 |

**(H) Surrender of Collateral/Leased Property.** Debtor will surrender the following collateral/leased property. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. (Note: The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.)

| Last 4 Digits of Acct No. | Creditor | Property/Collateral to be Surrendered |
|---|---|---|
| None | | |

**(I) Other Secured Claims.** Debtor does not intend to make payments to the following secured creditors. The automatic stay is terminated in rem as to Debtor and *in rem* and *in personam* as to any codebtor with respect to these creditors. Debtor's state law contract rights and defenses are neither terminated nor abrogated.

| None |
|---|
| |

4

**6.      LEASES/EXECUTORY CONTRACTS.**

| Last 4 Digits of Acct No. | Creditor | Property | Assume/Reject-Surrender | Est. Arrears |
|---|---|---|---|---|
| None | | | | |

**7.      GENERAL UNSECURED CREDITORS.** General unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid under a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors shall be no less than $342.94.

**8.      ADDITIONAL PROVISIONS:**

(A)      Unless otherwise ordered, secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims;

(B)      Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as allowed by an Order of the Bankruptcy Court.

(C)      Property of the estate (check one)*

(1)      _____ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise; or

(2)      ___x___ shall vest in Debtor upon confirmation of the Plan.

*If Debtor fails to check (1) or (2) above, or if Debtor checks both (1) and (2), property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

(D)      The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief and/or the proofs of claim as filed and allowed. The Trustee shall only pay creditors with filed and allowed proof of claims. An allowed proof of claim will control, unless the Court orders otherwise.

(E)      The Debtor may attach a summary or spreadsheet to provide an estimate of anticipated distributions. The actual distributions may vary. If the summary or spreadsheet conflicts with this Plan, the provisions of the Plan control prior to confirmation, after which time the Order Confirming Plan shall control.

(F)      Debtor shall timely file all tax returns and make all tax payments and deposits when due. (However, if Debtor is not required to file tax returns, Debtor shall provide Trustee with a statement to that effect.) For each tax return that becomes

5

due after the case is filed, Debtor shall provide a complete copy of the tax return, including business returns if Debtor owns a business, together with all related W-2s and Form 1099s, to the Trustee within 14 days of filing the return. Unless otherwise ordered by the Court, Debtor shall turn over to the Trustee all tax refunds in addition to regular Plan payments. Debtor shall not instruct the Internal Revenue Service or other taxing agency to apply a refund to the following year's tax liability. **Debtor shall spend no tax refunds without prior court approval.**

9.    **NONCONFORMING PROVISIONS:**

 **Attorney Fees:**    The Debtor's attorneys fees consist of $4,500.00 for the representation of the Debtor in the Chapter 13 and $1,500.00 for the mortgage modification mediation process. $383.00 consists of the filing fee, the mortgage modification mediation registration fee and the $33.00 credit report fee.

Debtor has accounted for an unsecured priority claim to the Internal Renvenue Service in the amount of $1,535.00 at 4%, which reflects the taxes due on the 2014 and 2015 tax returns filed on March 15, 2016 and April 15, 2016 respectively.  Debtor has also accounted for the 2012 general unsecured portion of the claim in the amount of $63.18.  Debtor will amend his Plan upon filing of an amended Proof of Claim by the Internal Revenue Service.

/s/ WAYNE BRIAN FENIOR
WAYNE BRIAN FENIOR, Debtor                      Dated: September 14, 2016

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Chapter 13 Plan of Debtors was furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, on this 14th day of September, 2016.

/s/ ADAM G. RUSSO
Adam G. Russo, Esq.
Attorney for Debtor
Myers & Eichelberger, P.L.
Florida Bar No. 84633
5728 Major Blvd., Suite 735
Orlando, FL 32819
Telephone: 407-926-2455
Facsimile:  407-536-4977
adam@themelawfirm.com

6

| Date | # | Suntrust | IRS Priority @4% | Atty Fees | Mediation Fees | Monitoring Fees | Unsecured | Trustee Fee | Total |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 1315.37 | 45.32 | 100 | | | 4.68 | 162.82 | 1628.19 |
| 5/20/2016 | 2 | 1315.37 | 45.32 | 100 | | | 4.68 | 162.82 | 1628.19 |
| 6/20/2016 | 3 | 1315.37 | 45.32 | 100 | | | 4.68 | 162.82 | 1628.19 |
| 7/20/2016 | 4 | 1315.37 | 45.32 | 100 | | | 4.68 | 162.82 | 1628.19 |
| 8/20/2016 | 5 | 1315.37 | 45.32 | 100 | | | 4.68 | 162.82 | 1628.19 |
| 9/20/2016 | 6 | 1315.37 | 45.32 | 100 | | | 4.68 | 162.82 | 1628.19 |
| 10/20/2016 | 7 | 1315.37 | 45.32 | 50 | | 50 | 4.68 | 162.82 | 1628.19 |
| 11/20/2016 | 8 | 1315.37 | 45.32 | 50 | | 50 | 4.68 | 162.82 | 1628.19 |
| 12/20/2016 | 9 | 1315.37 | 45.32 | 50 | | 50 | 4.68 | 162.82 | 1628.19 |
| 1/20/2017 | 10 | 1315.37 | 45.32 | 50 | | 50 | 4.68 | 162.82 | 1628.19 |
| 2/20/2017 | 11 | 1315.37 | 45.32 | 50 | | 50 | 4.68 | 162.82 | 1628.19 |
| 3/20/2017 | 12 | 1315.37 | 45.32 | 50 | | 50 | 4.68 | 162.82 | 1628.19 |
| 4/20/2017 | 13 | 1315.37 | 45.32 | 50 | | 50 | 4.68 | 162.82 | 1628.19 |
| 5/20/2017 | 14 | 1315.37 | 45.32 | 50 | | 50 | 4.68 | 162.82 | 1628.19 |
| 6/20/2017 | 15 | 1315.37 | 45.32 | 50 | | 50 | 4.68 | 162.82 | 1628.19 |
| 7/20/2017 | 16 | 1315.37 | 45.32 | 50 | | 50 | 4.68 | 162.82 | 1628.19 |
| 8/20/2017 | 17 | 1315.37 | 45.32 | 50 | | 50 | 4.68 | 162.82 | 1628.19 |
| 9/20/2017 | 18 | 1315.37 | 45.32 | 50 | | 50 | 4.68 | 162.82 | 1628.19 |
| 10/20/2017 | 19 | 1315.37 | 45.32 | 50 | | 50 | 4.68 | 162.82 | 1628.19 |
| 11/20/2017 | 20 | 1315.37 | 45.32 | 50 | | 50 | 4.68 | 162.82 | 1628.19 |
| 12/20/2017 | 21 | 1315.37 | 45.32 | 50 | | 50 | 4.68 | 162.82 | 1628.19 |
| 1/20/2018 | 22 | 1315.37 | 45.32 | 50 | | 50 | 4.68 | 162.82 | 1628.19 |
| 2/20/2018 | 23 | 1315.37 | 45.32 | 50 | | 50 | 4.68 | 162.82 | 1628.19 |
| 3/20/2018 | 24 | 1315.37 | 45.32 | 50 | | 50 | 4.68 | 162.82 | 1628.19 |
| 4/20/2018 | 25 | 1315.37 | 45.32 | 50 | | 50 | 4.68 | 162.82 | 1628.19 |
| 5/20/2018 | 26 | 1315.37 | 45.32 | 50 | | 50 | 4.68 | 162.82 | 1628.19 |
| 6/20/2018 | 27 | 1315.37 | 45.32 | 50 | | 50 | 4.68 | 162.82 | 1628.19 |
| 7/20/2018 | 28 | 1315.37 | 45.32 | 50 | | 50 | 4.68 | 162.82 | 1628.19 |
| 8/20/2018 | 29 | 1315.37 | 45.32 | 50 | | 50 | 4.68 | 162.82 | 1628.19 |
| 9/20/2018 | 30 | 1315.37 | 45.32 | 50 | | 50 | 4.68 | 162.82 | 1628.19 |
| 10/20/2018 | 31 | 1315.37 | 45.32 | 50 | | 50 | 4.68 | 162.82 | 1628.19 |
| 11/20/2018 | 32 | 1315.37 | 45.32 | 50 | | 50 | 4.68 | 162.82 | 1628.19 |
| 12/20/2018 | 33 | 1315.37 | 45.32 | 50 | | 50 | 4.68 | 162.82 | 1628.19 |
| 1/20/2019 | 34 | 1315.37 | 45.32 | 50 | | 50 | 4.68 | 162.82 | 1628.19 |
| 2/20/2019 | 35 | 1315.37 | 45.32 | | 50 | 50 | 4.68 | 162.82 | 1628.19 |
| 3/20/2019 | 36 | 1315.37 | 45.32 | | 50 | 50 | 4.68 | 162.82 | 1628.19 |
| 4/20/2019 | 37 | 1315.37 | | | 100 | 50 | | 162.82 | 1628.19 |
| 5/20/2019 | 38 | 1315.37 | | | 100 | 50 | | 162.82 | 1628.19 |
| 6/20/2019 | 39 | 1315.37 | | | 100 | 50 | | 162.82 | 1628.19 |
| 7/20/2019 | 40 | 1315.37 | | | 100 | 50 | | 162.82 | 1628.19 |
| 8/20/2019 | 41 | 1315.37 | | | 100 | 50 | | 162.82 | 1628.19 |
| 9/20/2019 | 42 | 1315.37 | | | 100 | 50 | | 162.82 | 1628.19 |
| 10/20/2019 | 43 | 1315.37 | | | 100 | 50 | | 162.82 | 1628.19 |
| 11/20/2019 | 44 | 1315.37 | | | 100 | 50 | | 162.82 | 1628.19 |
| 12/20/2019 | 45 | 1315.37 | | | 100 | 50 | | 162.82 | 1628.19 |
| 1/20/2020 | 46 | 1315.37 | | | 100 | 50 | | 162.82 | 1628.19 |
| 2/20/2020 | 47 | 1315.37 | | | 100 | 50 | | 162.82 | 1628.19 |
| 3/20/2020 | 48 | 1315.37 | | | 100 | 50 | | 162.82 | 1628.19 |
| 4/20/2020 | 49 | 1315.37 | | | 100 | 50 | | 162.82 | 1628.19 |
| 5/20/2020 | 50 | 1315.37 | | | 100 | 50 | | 162.82 | 1628.19 |
| 6/20/2020 | 51 | 1315.37 | | | | 50 | 100 | 162.82 | 1628.19 |
| 7/20/2020 | 52 | 1315.37 | | | | 50 | 74.46 | 159.99 | 1599.82 |
| 8/20/2020 | 53 | 1315.37 | | | | 50 | | 151.71 | 1517.08 |
| 9/20/2020 | 54 | 1315.37 | | | | 50 | | 151.71 | 1517.08 |
| 10/20/2020 | 55 | 1315.37 | | | | 50 | | 151.71 | 1517.08 |
| 11/20/2020 | 56 | 1315.37 | | | | 50 | | 151.71 | 1517.08 |
| 12/20/2020 | 57 | 1315.37 | | | | 50 | | 151.71 | 1517.08 |
| 1/20/2021 | 58 | 1315.37 | | | | 50 | | 151.71 | 1517.08 |
| 2/20/2021 | 59 | 1315.37 | | | | 50 | | 151.71 | 1517.08 |
| 3/20/2021 | 60 | 1315.37 | | | | 50 | | 151.71 | 1517.08 |
| | | | | | | | | | |
| | | 78922.2 | | 2000 | 1500 | 2700 | 342.94 | 9677.49 | 96774.15 |

Label Matrix for local noticing
113A-6
Case 6:16-bk-02595-ABB
Middle District of Florida
Orlando
Wed Sep 14 13:34:34 EDT 2016

FEDERAL NATIONAL MORTGAGE ASSOCIATION
ROBERTSON, ANSCHUTZ & SCHNEID, P.L
6409 CONGRESS AVE.,
SUITE 100
SUITE 100
BOCA RATON, FL 33487-2853

Wayne Brian Fenior
229 Shady Oaks Circle
Lake Mary, FL 32746-3685


City of Lake Mary
Office of Code Enforcement
165 E. Crystal Lake Avenue
Lake Mary, FL 32746-3244

FEDERAL NATIONAL MORTGAGE ASSOC
ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
BANKRUPTCY DEPARTMENT
6409 CONGRESS AVE., SUITE 100
BOCA RATON, FL 33487-2853

FL OTOLARYNGOLOGY
C/O FOX COLLECTION CENTER
PO BOX 528
GOODLETSVILLE, TN 37070-0528


Federal National Mortgage
Association
14221 Dallas Pkwy, Suite 100
Dallas, TX 75254-2951

Federal National Mortgage As
c/o Robertson, Anschutz
& Schneid, P.L.
6409 Congress Ave., Ste. 100
Boca Raton, FL 33487-2853

Federal National Mortgage Association
Seterus, Inc.
P.O. Box 1047
Hartford, CT 06143-1047


Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Florida Emergency Physicians
9301 S. Western Ave
Oklahoma City, OK 73139-2767

Florida Emergency Physicians
c/o Gold Key Credit
Attn:  Bankruptcy
Post Office Box 15670
Brooksville, FL 34604-0122


Florida Hospital Medical Grp
Post Office Box 538600
Orlando, FL 32853-8600

Florida Hospital Medical Grp
c/o Preferred Collection &
1000 N. Ashley Dr. Ste 600
Tampa, FL 33602-3723

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346


Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

PATHOLOGY SPECIALISTS PA
C/O FOX COLLECTION CENTER
PO BOX 528
GOODLETSVILLE, TN 37070-0528

Pathology Specialisits, PA
c/o Fox Collection Center
Post Office Box 528
Goodlettsvile, TN 37070-0528


Phys of Central FL Emergency
c/o First Fed. Credit & Coll
24700 Chagrin Blvd.
Suite 2054
Cleveland, OH 44122-5647

Quantum3 Group LLC as agent for
CF Medical LLC
PO Box 788
Kirkland, WA  98083-0788

Seacoast Bank
f/n/a Bankfirst
1031 W. Morse Boulevard
Winter Park, FL 32789-3787


Seminole County Tax Collector
Attn:  Ray Valdes
Post Office Box 630
Sanford FL 32772-0630

Sprint
c/o ERC/Enhanced Recovery Co
8014 Bayberry Road
Jacksonville, FL 32256-7412

Sprint
c/o Source Receivables Mgmt
4615 Dundas D. Ste 102
Greensboro, NC 27407-1761


SunTrsut Bank
1001 Semmes Avenue
Richmond, VA 23224-2245

SunTrust Bank
Attn:  Support Services
Post Office Box 85092
Richmond, VA 23286-0001

Suntrust Bank
Attn:Bankruptcy Dept
Po Box 85092 Mc Va-Wmrk-7952
Richmond, VA 23285-5092


Laurie K Weatherford +
Post Office Box 3450
Winter Park, FL 32790-3450

United States Trustee - ORL7/13 7+
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210

Adam G Russo +
Myers & Eichelberger, P.L.
5728 Major Blvd
Suite 735
Orlando, FL 32819-7977

Melbalynn Fisher +
Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Internal Revenue Service                    End of Label Matrix
Post Office Box 21126                       Mailable recipients    30
Philadelphia, PA 19114                      Bypassed recipients     0
                                            Total                  30