ORDERED.

Dated: November 01, 2016



UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

Case No.: 6:16-bk-02595-ABB

In re:

WAYNE BRIAN FENIOR,

    Debtor.
_____/

### ORDER GRANTING DEBTOR'S VERIFIED MOTION TO STRIP LIEN OF SEACOAST BANK F/K/A BANKFIRST AND FOR DETERMINATION THAT CLAIM IS UNSECURED

THIS CASE came on for consideration, upon the Debtor's Verified Motion to Strip Lien of Seacoast Bank f/k/a BankFirst and for Determination that Claim is Unsecured (Document No. 22). The Court, being fully informed in the premises, finds that as the Creditor failed to file a response in opposition to the Motion; that the Motion has merit and should be granted.

Accordingly, it is ORDERED that:

1.      The Debtor's Verified Motion to Strip Lien of Seacoast Bank f/k/a BankFirst and for Determination that Claim is Unsecured (Document No. 22), is hereby GRANTED.

2.      The lien of Seacoast Bank f/k/a BankFirst, is wholly unsecured and has no value as a secured claim on the residential real estate of the Debtor(s) having a physical address of: **229 Shady Oaks Circle, Lake Mary, FL 32746, and having a legal description of:**

**Lot 30 CARDINAL OAKS COVE, a subdivision according to the plat or map thereof described in Plat Book 35, at page(s) 17 & 18, of the Public Records of Seminole County, Florida.**

3.      That any claim filed by Seacoast Bank f/k/a BankFirst relating to this debt, shall be allowed as a general unsecured claim.

4.      That Seacoast Bank f/k/a BankFirst is ordered to cancel the junior mortgage lien on the residential real estate of the Debtor pursuant to 11 U.S.C. Section 506(d) upon entry of an Order of Discharge pursuant to 11 U.S.C. Sections 1328 and deliver the same to the attorney for the Debtor(s) within twenty (20) days from the date of the entry of said order at no charge or fee for the aforesaid cancellation and delivery.

5.      That the value of the real property having an address of 229 Shady Oaks Circle, Lake Mary, FL 32746 was $248,277.00 at the time of the filing of the petition in this case.

**Adam G. Russo, Esquire, Attorney for Debtor, is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of the entry of the order**